**TULLIO DeLUCA**
ATTORNEY-AT-LAW
381 N. 9TH STREET
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

January 26, 2016

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        In Re: **Ann Walker**
              **Chapter 13 Bankruptcy**
              **Case No. 5-12-01190**

Dear Sir/Madam:

    I have received returned mail for **Bon Ton** , a creditor in the above-captioned bankruptcy. The incorrect address the mail was sent to was: PO Box 5225, Carol Stream IL 60197-5225 . Please be advised the correct information is as follows:

**Bon Ton**

**1835 W Jefferson Ave**

**Naperville, IL 60540-3902**

Please correct the mailing matrix.

    Thank you for assistance in this matter.

                  Very truly yours,

                  /s/ Tullio DeLuca, Esquire

TD/ac